AO 91 (Rev. 11/11)  Criminal Complaint

| | | | |
|---|---|---|---|
| AUSA: | Michael Taylor | Telephone: | (313) 226-9516 |
| Special Agent: | Jesus Jimenez | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Milton Bruce JENNINGS

Case No.

Case: 2:23−mj−30453
Assigned To : Unassigned
Assign. Date : 11/13/2023
Description: RE: MILTON BRUCE JENNINGS (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 22, 2023__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in posession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Jesus Jimenez, Special Agent (ATF)
_____
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __November 13, 2023__

_____
Judge's signature

City and state: __Detroit, Michigan__    Hon. David R. Grand, U.S. Magistrate Judge
_____
Printed name and title

# AFFIDAVIT IN SUPPORT OF
# CRIMINAL COMPLAINT

I, Jesus I. Jimenez, being first duly sworn, hereby depose and state as follows:

## AGENT BACKGROUND

1. I am a Special Agent with the ATF and have been since May 2020. I have had extensive law enforcement training, including at the Federal Law Enforcement Training Center in the Criminal Investigator Training Program and ATF Special Agent Basic Training. I also have an associates degree in criminal justice. Part of my duties are to investigate federal crimes involving firearm trafficking, street gangs, and narcotics offenses.

2. Prior to becoming a Special Agent with the ATF, I was a police officer with the Detroit Police Department (DPD) for approximately seven years. During my employment with DPD, I was assigned to multiple specialized units where I participated in numerous arrests and investigations.

3. This affidavit consists of information both from my personal knowledge and from other law enforcement officers. I have not included

1

each and every fact known to me concerning this investigation, but only the facts necessary to establish probable cause.

4. Probable cause exists that Milton Bruce JENNINGS (B/M/ XX/XX/1980) violated 18 U.S.C. § 922 (g)(1) – possession of a firearm by a convicted felon.

## PROBABLE CAUSE

5. At approximately 6am on October 22, 2023, in the city of Detroit, in the Eastern District of Michigan, Detroit Police Department (DPD) Police Officers attempted to stop JENNINGS who was violating state law by driving without operable rear lights on Warwick St.

6. Officers activated their overhead lights and JENNINGS initially stopped his vehicle. But before officers could step out of their marked scout car, JENNINGS drove away and into the driveway of a residence on Warwick.

7. After following JENNINGS' vehicle into the driveway, officers watched as JENNINGS tossed a black pistol out of the driver's side window. After he threw the firearm, JENNINGS drove his vehicle in reverse until he struck the front of the marked police vehicle.

2

8. Officers then ordered JENNINGS to stop and exit the vehicle. JENNINGS complied and the officers took him into custody. Officers then recovered the pistol that JENNINGS threw which was a black Ruger EC9S semiautomatic 9mm caliber pistol, serial number 59-49871.

9. I reviewed a computerized criminal history and court records, which show that JENNINGS was previously convicted and sentenced for the following offenses which are punishable by more than one year of imprisonment prior to October 22, 2023:

- Armed Robbery and Felony Firearm - January 27, 1998 - 3rd Circuit of Court for Wayne County, Michigan (Case No. 9700729801).

- Weapons – Body Armor – Possession/Use by a Violent Felon - January 12, 2017 - 3rd Circuit Court for Wayne County, Michigan (Case No. 1700035501).

- Felon in Possession of a Firearm – September 6, 2018 – U.S. District Court for the Eastern District of Michigan (Case No. 17-cr-20003).

10. For the Armed Robbery, Felony Firearm, and Felon in Possession of a Firearm convictions, JENNINGS was sentenced to serve

more than one year of imprisonment for each. Therefore, at the time he possessed the firearm on October 22, 2023, he knew he had previously been convicted of an offense punishable by more than one year of imprisonment.

11. On November 13, 2023, SA Kevin Rambus, an ATF interstate nexus expert, was provided with a description of the recovered Ruger firearm from the arrest of JENNINGS on October 22, 2023. SA Rambus advised that, based on his training and experience, the description provided, without physically examining the firearm, the firearm was manufactured outside the State of Michigan, and thus had traveled in and affected interstate or foreign commerce.

## CONCLUSION

11. Probable cause exists that Milton JENNINGS, knowing that he had previously been convicted of a crime punishable by more than one year of imprisonment, knowingly possessed a Ruger EC9S semiautomatic 9mm caliber pistol, serial number 59-49871, which travelled in or affected interstate commerce in violation of 18 U.S.C. § 922(g)(1). This violation occurred on or about October 22, 2023, in the city of Detroit, in the Eastern District of Michigan, Southern Division.

                                        Respectfully submitted,

                                        Jesus I. Jimenez
                                        ATF Special Agent

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. David R. Grand
United States Magistrate Judge

November 13, 2023